IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00576-BNB

GREGORY DEAN ALBRIGHT,
    Plaintiff,

v.

THE COLORADO DEPT. OF CORRECTIONS, and
HUERFANO COUNTY CORRECTIONAL CENTER,
    Defendants.

ORDER DISMISSING CASE

Plaintiff Gregory Dean Albright initiated this action by filing *pro se* a Prisoner Complaint and a copy of his inmate trust fund account statement. On March 29, 2006, Magistrate Judge Boyd N. Boland ordered Mr. Albright to cure certain deficiencies if he wished to pursue his claims in this action. On April 5, 2006, Mr. Albright filed a document titled "Clarification of Actions to Cure Deficiencies Combined With: Petition to Waive Acct. Statement & Petition to Address Emergency Conditions." In the April 5 document Mr. Albright explains that the Prisoner Complaint and the account statement were intended to be filed in 06-cv-00560-BNB, another action he recently filed in this Court. Therefore, the clerk of the Court will be directed to transfer the Prisoner Complaint and account statement filed in this action to 06-cv-00560-BNB and the instant action will be dismissed. Accordingly, it is

ORDERED that the clerk of the Court transfer the Prisoner Complaint and account statement filed in this action on March 29, 2006, to civil action number 06-cv-00560-BNB. It is

FURTHER ORDERED that the instant action is dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and

against Plaintiff.

DATED at Denver, Colorado, this 11 day of April, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00576-BNB

Gregory Dean Albright
Prisoner No. 95774
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  4-12-o6

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk